UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE: John A. Schaefer and
      Pamela S. Schaefer

DEBTORS

CASE NO. 12-21711

CHAPTER 7
Judge Tracey N. Wise

## ORDER TO AVOID JUDICIAL LIEN

This motion of the debtor, Pamela S. Schaefer, to avoid judicial lien of CAVALRY SPV I, LLC is sustained.

Said lien is the judicial lien that impairs the exemption of the debtor in real property that the debtor may own in Kenton County, Kentucky. The judicial lien is recorded in Official Record Book C-4699, Page 260 of the Kenton County Clerk's records at Covington, Kentucky.

Unless the debtor's bankruptcy case is dismissed, the lien of CAVALRY SPV I, LLC is hereby extinguished and such lien shall not survive bankruptcy or affix to or remain enforceable against the aforementioned property of the debtor and a cop of this Order shall be filed with the Clerk of the Kenton County Court Record, Covington, Kentucky.

Copies to:

United States Trustee
100 East Vine Street, Suite 500
Lexington, Kentucky 40507
Ustpregion08.lx.ecf@usdoj.gov

Hon. Michael M. Baker
Ziegler & Schneider, P.S.C.
541 Buttermilk Pike, #500
P. O. Box 175710
Covington, KY 41011
mbaker@zslaw.com

Hon. Jon Schulte
Lloyd & McDaniel, PLC
P. O. Box 23200
Louisville, KY 40223-0200

Pursuant to Local Rule 9022-1(c)
Catherine D. Stavros shall cause a
copy of this order to be served on
each of the parties designated to
receive this order pursuant to Local
Rule 9022-1 (a) and shall file with the
court a certificate of Service of the order
upon such parties within ten (10) days hereof.

*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Monday, November 05, 2012
(tnw)**